

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 FEB 14 P 3: 2

WILLIAM W. BLEVINS
CLERK

# SEALED

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA



### INDICTMENT FOR CONSPIRACY, ACCESS DEVICE FRAUD, AGGRAVATED IDENTITY THEFT, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: **19-00024** |
| v. | * | SECTION: **SECT. I MAG. 2** |
| RYAN C. CLARK | * | VIOLATIONS: 18 U.S.C. § 371 |
|   a/k/a Rod | | 18 U.S.C. § 1029(a)(2) |
|   a/k/a Tank | * | 18 U.S.C. § 1028A |
| ROMERO G. BUTLER, JR. | | 18 U.S.C. § 2 |
| NATHANIEL J. ANDERSON | * | |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Conspiracy to Commit Access Device Fraud and Aggravated Identity Theft)

**A.** **AT ALL TIMES MATERIAL HEREIN**

1. Defendant **RYAN C. CLARK, a/k/a Rod, a/k/a Tank ("CLARK")**, was a resident of Jefferson Parish, which is within the Eastern District of Louisiana.

2. Defendant **ROMERO G. BUTLER, JR. ("BUTLER")** was a resident of Jefferson Parish, which is within the Eastern District of Louisiana.

_Fee_ USA
_Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

3. Defendant **NATHANIEL J. ANDERSON ("ANDERSON")** was a resident of Jefferson Parish, which is within the Eastern District of Louisiana.

4. The term "access device" means any card, plate, code, account number, electronic serial number, personal identification number, or other means of account access that can be used, alone or in conjunction with another access device, to obtain money, goods, services, or any other thing of value, or that can be used to initiate a transfer of funds (other than a transfer originated solely by paper instrument).

5. The term "counterfeit access device" means any access device that is counterfeit, fictitious, altered, or forged, or an identifiable component of an access device or a counterfeit access device.

6. The term "unauthorized access device" means any access device that was lost, stolen, expired, revoked, canceled, or obtained with intent to defraud.

7. The term "produce" means design, alter, authenticate, duplicate, or assemble.

8. The term "traffic" means to transfer, or otherwise dispose of, to another, or obtain control of with intent to transfer or dispose of.

9. A "means of identification" was any name or number that could be used, alone or in conjunction with any other information, to identify a specific individual, including a name, Social Security number, and date of birth.

**B.    THE CONSPIRACY**

Beginning at a time unknown to the Grand Jury, and continuing through August 21, 2017, within the Eastern District of Louisiana and elsewhere, defendants **CLARK, BUTLER, ANDERSON,** and others, both known and unknown to the Grand Jury, unlawfully, voluntarily,

intentionally, and knowingly did conspire, combine, confederate, and agree together and with each other to commit offenses against the United States, to wit:

    a. Access device fraud, in violation of Title 18, United States Code, Section 1029(a)(2); and

    b. Aggravated identity theft, in violation of Title 18, United States Code, Section 1028A.

### C. MANNER AND MEANS

Among the manner and means by which defendants **CLARK, BUTLER, ANDERSON,** and his co-conspirators carried out the conspiracy were the following:

1. Defendants **CLARK, BUTLER, ANDERSON,** and other co-conspirators, known and unknown, would and did obtain the means of identification of individuals, including names, Social Security numbers and birth dates.

2. Defendants **CLARK, BUTLER, ANDERSON,** and other co-conspirators, known and unknown, would and did exchange money with his co-conspirators in exchange for individuals' names, Social Security numbers, and birth dates.

3. Defendants **CLARK, BUTLER, ANDERSON,** and other co-conspirators, known and unknown, would and did create counterfeit driver's licenses, using the stolen names and identifying information of certain individuals.

4. Defendants **CLARK, BUTLER, ANDERSON,** and other co-conspirators, known and unknown, would and did knowingly and with intent to defraud, use the stolen identities described above to purchase and finance motor vehicles during a one-year period and by such conduct obtained anything of value aggregating more than $1,000 during that period, with each use affecting interstate and foreign commerce.

**D.    OVERT ACTS**

In furtherance of the conspiracy, and to effect the objects thereof, members of the conspiracy and others known and unknown to the Grand Jury, committed or caused to be committed the overt acts below, among others, within the Eastern District of Louisiana and elsewhere:

1. On or about May 27, 2017, defendant **CLARK**, aided and abetted by others, created a fraudulent means of identification, to wit: a State of Louisiana driver's license using the name and birthdate of M.W., an actual person.

2. On or about May 27, 2017, defendant **CLARK**, and others caused to be used, in interstate commerce, the unauthorized access device, to wit: the name, birthdate and Social Security number of M.W., for the purposes of buying a 2017 Chrysler 300 motor vehicle in the name of M.W. in the amount of approximately $53,162.16.

3. On or about June 15, 2017, defendant **CLARK**, aided and abetted by others, created a fraudulent means of identification, to wit: a State of Louisiana driver's license using the name and birthdate of M.W., an actual person.

4. On or about June 15, 2017, defendants **CLARK** and **ANDERSON**, and others caused to be used, in interstate commerce, the unauthorized access device, to wit: the name, birthdate and Social Security number of M.W., for the purposes of buying a 2016 Range Rover motor vehicle in the name of M.W. in the amount of approximately $57,874.02.

5. On or about August 16, 2017, defendant **CLARK**, aided and abetted by others, created a fraudulent means of identification, to wit: a State of Louisiana driver's license using the name and birthdate of J.M., an actual person.

On or about the dates listed below, defendants **CLARK** and **BUTLER,** and others caused to be used, in interstate commerce, the unauthorized access device, to wit: the name, birthdate and Social Security number of J.M., for the purposes of buying a motor vehicle described below, each constituting a separate overt act:

| Overt Act | Date | Motor Vehicle Purchase |
|---|---|---|
| 6 | 08/16/2017 | A 2014 Audi S8 in the name of J.M. in the amount of approximately $68,623.00. |
| 7 | 08/21/2017 | A 2014 Mercedes Benz S550 in the name of J.M. in the amount of approximately $67,093.00 |

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Access Device Fraud)

**A.     AT ALL TIMES MATERIAL HEREIN**

The allegations in Parts A, C, and D of Count 1 are realleged and incorporated by reference as though fully set forth herein.

**B.     ACCESS DEVICE FRAUD**

On or about the date May 27, 2017, within the Eastern District of Louisiana and elsewhere, **RYAN C. CLARK,** and others, both known and unknown to the Grand Jury, knowingly and with the intent to defraud, used and trafficked in an unauthorized and counterfeit access device, specifically a State of Louisiana driver's license featuring the name and birthdate of victim M.W. to obtain credit to purchase a 2017 Chrysler 300 in the name of M.W., and on the same date and by such conduct obtained the Chrysler 300, which had a purchase price of approximately $53,162.16, said use affecting interstate and foreign commerce, in that the Chrysler 300 was manufactured and shipped from outside the State of Louisiana; all in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

5

## COUNT 3
### (Aggravated Identity Theft)

**A.     AT ALL TIMES MATERIAL HEREIN**

The allegations in Parts A, C, and D of Count 1 are realleged and incorporated by reference as though fully set forth herein.

**B.     AGGRAVATED IDENTITY THEFT**

On or about the date May 27, 2017, within the Eastern District of Louisiana and elsewhere, **RYAN C. CLARK,** and others, both known and unknown to the Grand Jury, during and in relation to the conspiracy to commit access device fraud offense in violation of Title 18, United States Code, Section 1029(a)(2), did knowingly transfer, possess, and use, without lawful authority, a means of identification of M.W., to wit: **CLARK** and R.A. used a fraudulent State of Louisiana driver's license in the name of M.W., and M.W.'s date of birth and Social Security number, to purchase and finance a 2017 Chrysler 300 obtained from Ray Brandt Dodge for their personal use and benefit, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 4
### (Access Device Fraud)

**A.     AT ALL TIMES MATERIAL HEREIN**

The allegations in Parts A, C, and D of Count 1 are realleged and incorporated by reference as though fully set forth herein.

**B.     ACCESS DEVICE FRAUD**

On or about the date June 15, 2017, within the Eastern District of Louisiana and elsewhere, **RYAN C. CLARK, NATHANIEL J. ANDERSON,** and others, both known and unknown to the Grand Jury, knowingly and with the intent to defraud, used and trafficked in an unauthorized and

6

counterfeit access device, specifically a State of Louisiana driver's license featuring the name and birthdate of victim M.W. to obtain credit to purchase a 2016 Range Rover in the name of M.W., and on the same date and by such conduct obtained the Range Rover, which had a purchase price of approximately $57,874.02, said use affecting interstate and foreign commerce, in that the Range Rover was manufactured and shipped from outside the State of Louisiana; all in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 5
### (Aggravated Identity Theft)

A. **AT ALL TIMES MATERIAL HEREIN**

The allegations in Parts A, C, and D of Count 1 are realleged and incorporated by reference as though fully set forth herein.

B. **AGGRAVATED IDENTITY THEFT**

On or about the date August 16, 2017, within the Eastern District of Louisiana and elsewhere, **RYAN C. CLARK, NATHANIEL J. ANDERSON,** and others, both known and unknown to the Grand Jury, during and in relation to the conspiracy to commit access device fraud offense in violation of Title 18, United States Code, Section 1029(a)(2), did knowingly transfer, possess, and use, without lawful authority, a means of identification of M.W., to wit: **CLARK** and **ANDERSON** used a fraudulent State of Louisiana driver's license in the name of M.W., and M.W.'s date of birth and Social Security number, to purchase and finance a 2016 Range Rover obtained from Matt Bowers Nissan for their personal use and benefit, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 6
### (Aggravated Identity Theft)

**A. AT ALL TIMES MATERIAL HEREIN**

The allegations in Parts A, C, and D of Count 1 are realleged and incorporated by reference as though fully set forth herein.

**B. AGGRAVATED IDENTITY THEFT**

On or about the date August 16, 2017, within the Eastern District of Louisiana and elsewhere, **RYAN C. CLARK, ROMERO G. BUTLER, JR.,** and others, both known and unknown to the Grand Jury, during and in relation to the conspiracy to commit access device fraud offense in violation of Title 18, United States Code, Section 1029(a)(2), did knowingly transfer, possess, and use, without lawful authority, a means of identification of J.M., to wit: **CLARK** and **BUTLER** used a fraudulent State of Louisiana driver's license in the name of J.M., and J.M.'s date of birth and Social Security number, to purchase and finance a 2014 Audi S8 obtained from North American Automotive Group for their personal use and benefit, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 7
### (Aggravated Identity Theft)

**A. AT ALL TIMES MATERIAL HEREIN**

The allegations in Parts A, C, and D of Count 1 are realleged and incorporated by reference as though fully set forth herein.

**B. AGGRAVATED IDENTITY THEFT**

On or about the date August 21, 2017, within the Eastern District of Louisiana and elsewhere, **RYAN C. CLARK, ROMERO G. BUTLER, JR.,** and others, both known and

unknown to the Grand Jury, during and in relation to the conspiracy to commit access device fraud offense in violation of Title 18, United States Code, Section 1029(a)(2), did knowingly transfer, possess, and use, without lawful authority, a means of identification of J.M., to wit: **CLARK** and **BUTLER** used a fraudulent State of Louisiana driver's license in the name of J.M., and J.M.'s date of birth and Social Security number, to purchase and finance a 2014 Mercedes Benz S550 obtained from North American Automotive Group for their personal use and benefit, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Sections 1028A and 2.

## NOTICE OF CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD FORFEITURE

1. The allegations of Count 1 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 371 and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

2. As a result of the offenses alleged in Count 1, defendants, **RYAN C. CLARK, a/k/a Rod, a/k/a Tank, ROMERO G. BUTLER, JR.,** and **NATHANIEL J. ANDERSON** shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 371.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 371 and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

## NOTICE OF ACCESS DEVICE FRAUD FORFEITURE

1. The allegations contained in Counts 2 and 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 1029 set forth in Counts 2 and 4 of this Indictment, the defendants, **RYAN C. CLARK, a/k/a Rod, a/k/a Tank,** and **NATHANIEL J. ANDERSON,** shall forfeit to the United States of America:

(A) pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations;

(B) pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense.

3.  If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).



FOREPERSON

PETER G. STRASSER
UNITED STATES ATTORNEY

EDWARD J. RIVERA
Assistant United States Attorney

New Orleans, Louisiana
February 14, 2019

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

____Eastern____ District of ____Louisiana____

____Criminal____ Division

## THE UNITED STATES OF AMERICA

vs.

**RYAN C. CLARK**
a/k/a Rod
a/k/a Tank
**ROMERO G. BUTLER, JR.**
**NATHANIEL J. ANDERSON**

## INDICTMENT

INDICTMENT FOR CONSPIRACY,
ACCESS DEVICE FRAUD, AGGRAVATED
IDENTITY THEFT, AND NOTICE OF FORFEITURE

VIOLATIONS:   18 USC § 371
18 USC § 1029(a)(2)
18 USC § 1028A
18 USC § 2

*A true bill.*

_____

*Filed in open court this* _____ *day of* _____ *A.D. 2019.*

_____
*Clerk*

*Bail, $* _____

EDWARD J. RIVERA
Assistant United States Attorney